UNITED STATES
DISTRICT COURT
WESTERN DISTRICT
OF
ARKANSAS
EIGHTH CIRCUIT

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 10 2012

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

12-2206

ROBERT S. (SCOTT) PHILPOTT     PLAINTIFF

V. (VERSES)     CASE NO: (NUMBER)

ALISSA RALSTON APN (NURSE) /
MARK HORAN A. MD (DOCTOR) /
SPARKS REGIONAL MEDICAL
CENTER / AND UNKNOWN NAMED
DOCTORS AND NURSES.     DEFENDANTS

PHONE NO:

COUNTY: SEBASTIAN
CITY: FORT SMITH
ADDRESS: 3603 NORTH 48TH ST. (STREET)
FILER: ROBERT S. PHILPOTT

# PLAINTIFFS AND DEFENDANTS

## PLAINTIFFS.

1. ROBERT S. PHILPOTT
2.
3.
4.
5.

## DEFENDANTS.

6. ALISSA RALSTON APN / SPARKS REGIONAL MEDICAL
7. CENTER / SPARKS HOSPETAL
8. MARK HORAN A. MD. / SPARKS REGIONAL MEDICAL
9. CENTER...
10. UNKNOWN NAMED NURSES AND DOCTORS

COMPLIANT

FILED UNDER TORTS.

MR. PHILPOTT HAS REPEATEDLY WENT TO SPARKS REGIONAL MEDICAL CENTER TO SEEK MEDICAL HELP. FIVE TIMES NOW WITH A REACCERING PROBLEM. THE NURSES AND/OR APN HAVE REPEATEDLY GIVEN HIM A PERSCRIPTION OF SMZ/TMP DS TABLETS. HE MADE IT AWEAR EACH TIME THAT THEY WERE GIVING HIM THE SAME PERSCRIPTION AND IT HAS NOT AND WAS NOT WORKING. IT CLEARLY STATES IN THE RULES OF THE PERSCRIPTION THAT THIS IS NOT TO BE REPEATINGLY TAKEN AND WILL CAUSE MEDICAL PROBLEMS IF IT IS.

/s/ Robert S Philpott

APN: