US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 07 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EIGHTH DIVISION
FORT SMITH

Robert S. Philpott

(Plainitff)

V. CIVIL ACTION NO. 2:12-cv-02206

NURSE ALISSA RALSTON
DOCTOR MARK HORAN/
SPARKS REGIONAL MEDICAL CENTER.

(Defendant)

AFFIDAVIT OF SERVICE

I, ROBERT S. PHILPOTT, plaintiff, do hereby certify that the defendant was served with summons and a copy of the complaint by certified mail on NOV 2 2012, as reflected by Return Receipt No. 70112970000205533937 70112970000205533944 70112970000205533951, a copy of which is attached hereto and made a part hereof.

Robert S. Philpott
PLAINTIFF

7011 2970 0002 0553 3951

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

FORT SMITH AR 72901

| | | |
|---|---|---|
| Postage | $ | $0.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.60 |

0901
07
Postmark Here
USPS FORT SMITH APK. 72901-9998 NOV 2 2012
11/02/2012

Sent To MARK HORAN
Street, Apt. No.; or PO Box No. 1001 TOWSON AVE.
City, State, ZIP+4 FORT SMITH, ARKANSAS 72901

PS Form 3800, August 2006 See Reverse for Instructions

7011 2970 0002 0553 3937

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

FORT SMITH AR 72901

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

0901
07
Postmark Here
USPS FORT SMITH APK. 72901-9998 NOV 2 2012
11/02/2012

Sent To HEAD OFFICE
Street, Apt. No.; or PO Box No. 1001 TOWSON AVE
City, State, ZIP+4 FORT SMITH, ARKANSAS 72901

PS Form 3800, August 2006 See Reverse for Instructions

7011 2970 0002 0553 3944

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

FORT SMITH AR 72901

| | | |
|---|---|---|
| Postage | $ | $0.65 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.60 |

0901
07
Postmark Here
USPS FORT SMITH APK. 72901-9998 NOV 2 2012
11/02/2012

Sent To ALISSA RALSTON
Street, Apt. No.; or PO Box No. 1001 TOWSON AVE.
City, State, ZIP+4 FORT SMITH, ARKANSAS 72901

PS Form 3800, August 2006 See Reverse for Instructions