IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT S. PHILPOTT                                                                                         PLAINTIFF

v.                                        Case No. 2:12-CV-02206

NURSE ALISSA RALSTON; DOCTOR MARK
HORAN; SPARKS REGIONAL MEDICAL CENTER;
UNKNOWN DOCTOR; UNKNOWN NURSES                                                   DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed on this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendants Horan and Ralston's motion (Doc. 14) to dismiss is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a claim.

IT IS SO ORDERED AND ADJUDGED this 20th day of August, 2013.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE